# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL ACTION NO. 1:17-CV-00158-MR-DSC

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| MELANIE ALTLAND, et. al., | ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission Pro Hac Vice [for J. Scott Humphrey and Lauren M. Gregory] …" (documents ## 9-10) filed August 14, 2017. For the reasons set forth therein, the Motions will be <u>granted</u>.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Martin Reidinger.

**SO ORDERED**.

Signed: August 15, 2017

_____
David S. Cayer
United States Magistrate Judge